D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Richard A. Marshack,
Plaintiff and Trustee of the LPG Liquidation Trust

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | Adv. No. 8:25-ap-01093-SC |
| | STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING AND TO VACATE ALL DATES AND DEADLINES |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust, | |
| Plaintiff, | [NO ORDER REQUIRED PURSUANT TO RULE 41(a)(1)(A)(ii)] |
| v. | |
| BOLD CAP LLC, a New Jersey Limited Liability Company; and DOES 1 through 20, inclusive, | |
| Defendant(s). | |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

THE DEFENDANTS, AND ALL INTERESTED PARTIES:

     This Stipulation is entered into by and between plaintiff, Richard A. Marshack, Trustee of

the LPG Liquidation Trust ("Plaintiff") and defendant, Bold Cap LLC, a New Jersey Limited

Liability Company ("Defendant"). Plaintiff and Defendant are collectively referred to as the

"Parties."

# Recitals

A.      On March 20, 2023, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, initiating bankruptcy Case No. 8:23-bk-10571-SC in the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

B.      Richard A. Marshack (previously defined as "Plaintiff") was the duly-appointed, qualified, and acting Chapter 11 Trustee for the Debtor's bankruptcy estate ("Estate"). Pursuant to the confirmed Plan, the Trustee now serves as Trustee of the LPG Liquidation Trust, which now owns all of the litigation claims, including the Estate's avoidance actions.

C.      On March 7, 2025, Plaintiff filed a Complaint for: (1) Avoidance, Recovery, and Preservation of Preferential Transfers [11 U.S.C. §§ 547, 550, and 551]; (2) Avoidance, Recovery, and Preservation of Actual Fraudulent Transfers [11 U.S.C. §§ 544, 548(a)(1)(A), 550, 551; Cal. Civ. Code §§ 3439.04(a)(1) and 3439.07]; (3) Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers [11 U.S.C. §§ 544, 548(a)(1)(B); 550, 551; Cal. Civ. Code §§ 3439.04(a)(2), 3439.05, and 3439.07]; and (4) Disallowance of Claims Held by Defendant [11 U.S.C. § 502(d)] ("Complaint"). The Complaint was assigned as Adversary Proceeding No. 8:25-ap-01093-SC ("Adversary Proceeding").

D.      On April 28, 2025, as Bankruptcy Dk. No. 2406, the Court entered an order granting motion for order establishing streamlined procedures governing adversary proceedings brought by the Trustee's general counsel and superseding the "order re: early meeting of counsel, status conference instructions, and general procedures" filed in each affected adversary proceeding ("Procedures Order"), in the main bankruptcy case. The Procedures Order contained all relevant pretrial dates and deadlines ("Dates and Deadlines") and set the initial status conference ("Status Conference").

E.      On May 7, 2025, as Dk. No. 7, Defendant filed an Answer to Complaint ("Answer").

F.      After the Complaint and Answer were filed, the Parties resolved the dispute.

/ / /

/ / /

/ / /

The Parties agree and STIPULATE as follows:

1.     The Adversary Proceeding shall be dismissed with prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, applicable to this Adversary pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, no order of the Court is required to dismiss this case upon the filing of a Stipulation. However, to the extent that the Court requires an order approving this Stipulation to be lodged for signature by the Court, the Parties consent to lodging such an order;

2.     The Status Conference currently set for March 5, 2026, is vacated and no appearances will be necessary;

3.     All Dates and Deadlines shall be vacated;

4.     The Parties shall bear their own attorneys' fees and costs incurred in connection with the Adversary Proceeding; and

5.     This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.

DATED: October 31, 2025                 MARSHACK HAYS WOOD LLP

By: /s/ Chad V. Haes
     CHAD V. HAES
     Attorneys for Plaintiff, Richard A. Marshack,
     Trustee of The LPG Liquidation Trust

DATED: October 3/, 2025           PACHULSKI STANG ZIEHL & JONES LLP

By:
     IRA D. KHARASCH
     VICTORIA A. NEWMARK
     Attorneys for Defendant, BOLD CAP LLC

3

STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING

4926-0922-0214,v.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING AND TO VACATE ALL DATES AND DEADLINES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 3, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEYS FOR PLAINTIFF: Aaron E. De Leest**   adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **ATTORNEYS FOR PLAINTIFF: Chad V Haes**   chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEYS FOR PLAINTIFF: D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANT BOLD CAP LLC, A NEW JERSEY LIMITED LIABILITY COMPANY:** Ira David Kharasch   ikharasch@pszjlaw.com
- **INTERESTED PARTY:** biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- **PLAINTIFF: Richard A Marshack (TR)**   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **U.S. TRUSTEE: United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 3, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Via Personal Delivery
PRESIDING JUDGE'S COPY
Honorable Scott C. Clarkson
Bin beside 5th Floor Elevators
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 3, 2025 | Laurel Dinkins | */s/ Laurel Dinkins* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**