United States Bankruptcy Court

Central District of California

Marshack,
    Plaintiff

Bold Cap LLC,
    Defendant

Adv. Proc. No. 25-01093-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: Nov 04, 2025      Form ID: pdf031      Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | Bold Cap LLC, 4118 14th Ave, #235, Brooklyn, NY 11219-1401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | Nov 05 2025 01:13:00 | Richard A Marshack, 870 Roosevelt, Irvine, CA 92620 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:

**Name**      **Email Address**

Aaron E. De Leest
     on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com
     adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Brandon J. Iskander
     on behalf of Interested Party Courtesy NEF biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Chad V Haes
     on behalf of Plaintiff Richard A Marshack chaes@marshackhays.com
     chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com;spineda

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 04, 2025 | Form ID: pdf031 | Total Noticed: 2 |

@marshackhays.com;ldinkins@marshackhays.com

D Edward Hays

on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Ira David Kharasch

on behalf of Defendant Bold Cap LLC ikharasch@pszjlaw.com

Richard A Marshack (TR)

pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 7

D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Richard A. Marshack,
Plaintiff and Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

**NOV 04 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte         DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>BOLD CAP LLC, a New Jersey Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendant(s). | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8:25-ap-01093-SC<br><br>ORDER APPROVING STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING AND TO VACATE ALL DATES AND DEADLINES<br><br>[STIPULATION – DOCKET NO. 15] |

The Court has read and considered the *Stipulation for Dismissal of Adversary Proceeding and to Vacate all Dates and Deadlines* ("Stipulation")[1] entered into between plaintiff, Richard A. Marshack, Trustee of the LPG Liquidation Trust ("Plaintiff"), and defendant, Bold Cap LLC, a New Jersey Limited Liability Company ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), filed on November 3, 2025, as Dk. No. 15, and has found good cause to approve the Stipulation.

---

[1] All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

1

4905-2648-6134,v.1

IT IS ORDERED:

1. The Stipulation is approved in its entirety.

2. This Adversary Proceeding is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

3. The Status Conference currently set for March 5, 2026, is vacated and no appearances will be necessary.

4. All Dates and Deadlines are vacated.

5. The Parties shall bear their own attorneys' fees and costs incurred in connection with the Adversary Proceeding.

###

Date: November 4, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2

4905-2648-6134,v.1